*testified* were promptly delivered to appellant's counsel for the purpose of cross examination. A demand for the production of all the statements taken from everyone at or near the scene, and who were not present or available as witnesses goes far beyond the rule originally announced by this Court in Gaskin v. State, 172 Tex.Cr. R. 7, 353 S.W.2d 467.

Appellant's ground of error is overruled.

The last ground of error presented in appellant's brief is entirely outside of this record and will not be discussed.

Finding no reversible error, the judgment is affirmed.

Appellant was represented by counsel of his choice and there is no question of indigency raised or suggested.

No brief setting forth any ground of error of which appellant desires to complain on appeal was filed with the clerk of the trial court, as required by Art. 40.09(9) Vernon's Ann.C.C.P., and an examination of the record transmitted to this court reflects no unassigned error which in the opinion of this court should be reviewed in the interest of justice. (Art. 40.09(13) V.A.C.C.P.)

The judgment is affirmed.

---

**Donald COGBURN, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 42850.**

Court of Criminal Appeals of Texas.

March 25, 1970.

No attorney on appeal, for appellant.

Jim D. Vollers, State's Atty., Austin, for the State.

OPINION

WOODLEY, Presiding Judge.

In a jury trial on his plea of not guilty, appellant was found guilty of cattle theft and the jury assessed his punishment at two years.

Sentence was pronounced on July 10, 1969, at which time appellant gave notice of appeal.

---

**Otho COGBURN, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 42851.**

Court of Criminal Appeals of Texas.

March 25, 1970.

No attorney on appeal for appellant.

Jim D. Vollers, State's Atty., Austin, for the State.

OPINION

WOODLEY, Presiding Judge.

The offense is cattle theft; the punishment, 5 years, probated upon recommendation of the jury.

Appellant was represented by counsel of his choice and there is no question of indigency raised or suggested.

No brief setting forth any ground of error of which appellant desires to complain on appeal was filed with the clerk of the